[No. 35986-0-I.    Division One.    August 19, 1996.]

KRIS LEWIS ANDERBERG, *Appellant*, v. THE
MUNICIPALITY OF METROPOLITAN SEATTLE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-04988-7, Michael Spearman, J., entered
December 30, 1994. *Reversed* by unpublished opinion per
Ellington, J., concurred in by Kennedy, A.C.J., and Agid,
J.

[No. 36198-8-I.    Division One.    August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY
TRAICOFF, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03423-1, George A. Finkle, J., entered
February 13, 1995. *Remanded* by unpublished opinion per
Webster, J., concurred in by Coleman and Ellington, JJ.

[No. 36203-8-I.    Division One.    August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK E.
GRONQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00121-1, George T. Mattson, J., entered
February 17, 1995. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Kennedy and Ellington, JJ.

[No. 36230-5-I.    Division One.    August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JIRI
REHAK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-05970-6, Anthony P. Wartnik, J., entered
February 6, 1995. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Kennedy and Ellington, JJ.